EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| JAMES M. MITICH,<br>Debtor | Bankruptcy No. 13-20202 |
| JOLENE MITICH,<br>Plaintiff | Adversary No.: 14-71 |
| vs. | |
| JAMES M. MITICH<br>Defendant | |

## JUDGMENT DETERMINING DEBT TO BE NONDISCHARGEABLE

AND NOW TO WIT, this __6__ day of __March__, 2014, upon consideration of the Complaint of Jolene Mitich against the Debtor, James M. Mitich, seeking determination of dischargeability of the Plaintiff's debt, after notice and a hearing,

IT IS ORDERED, that the economic claims of Plaintiff, to wit: Equitable Distribution, Alimony Pendente Lite, Counsel Fees, Costs, Expenses and Post-Divorce Alimony, sought in her Complaint for Divorce, at No. 2013-FC-1464 in the Court of Common Pleas of Lehigh County, Pennsylvania, are hereby determined to be non-dischargeable, pursuant to 11 U.S.C. §523(a)(15) and 11 U.S.C. §523(a)(5).

BY THE COURT:

_____, J.
Richard E. Fehling
United States Bankruptcy Judge